1  NAOMI YOUNG, State Bar No. 105041
2  Bay Area Legal Aid
   1735 Telegraph Avenue
3  Oakland, California 94612
   Telephone: 510-663-4744
4  Facsimile: 510-663-4740
   Email: nyoung@baylegal.org
5

6

   Attorneys for Plaintiff SOKLAY PEN
7

                                                         **E-FILING**
8

9               UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11              SAN FRANCISCO DIVISION

12

13 SOKLAY PEN,                        Civil No. 3:12-CV-01041 JSW

14    Plaintiff,

15 v.                                 STIPULATION AND ORDER FOR
                                      EXTENSION OF TIME [Amended]
16

17 MICHAEL ASTRUE,
   Commissioner of Social Security.
18

19    Defendant.

20        The parties hereby stipulate by counsel, with the Court's approval as indicated by

21 issuance of the attached Order, that Plaintiff shall have a first extension of time of 30 days

22 from the date of service of the transcript on Plaintiff, for Plaintiff to file a motion for

23 summary judgment or for remand.  The extension is for the purpose of allowing Plaintiff

24 sufficient time to review the transcript and prepare the motion. The answer was filed on June

25 8, 2012 and Plaintiff's motion was due July 06, 2012.  The transcript was received by

26 Plaintiff on June 21, 2012, and the stipulated motion date will be July 23, 2012.

27        The parties further stipulate that the Court's Procedural Order shall be modified

28 accordingly.

STIPULATION AND ORDER FOR EXTENSION OF TIME      Civil No. 3:12-CV-01041

Dated: June 22, 2012                    /s/ Naomi Young

                                        NAOMI YOUNG
                                        Attorney for Plaintiff


Dated: June 22, 2012                    MELINDA HAAG, CSBN 132612
                                        United States Attorney

                                        By: /s/ Peter Thompson

                                        (As authorized via Email on June 22, 2012)

                                        PETER THOMPSON
                                        Special Assistant United States Attorney



ORDER

        APPROVED AND SO ORDERED.   Plaintiff shall file a motion for summary
                                   judgment by no later than July 23, 2012.


DATED: June 27, 2012          _____
                              JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME     Civil No. 3:12-CV-01041