| | |
|---|---|
| 1 | NAOMI YOUNG, State Bar No. 105041 |
| 2 | Bay Area Legal Aid |
| 3 | 1735 Telegraph Avenue<br>Oakland, California 94612 |
| 4 | Telephone: 510-663-4744<br>Facsimile: 510-663-4740 |
| 5 | Email: nyoung@baylegal.org |
| 6 | |
| 7 | Attorneys for Plaintiff SOKLAY PEN |

**E-FILING**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| SOKLAY PEN, | Civil No. 3:12-CV-01041 JSW |
|   Plaintiff, | |
| v. | STIPULATION AND ORDER FOR EXTENSION OF TIME [Amended] |
| MICHAEL ASTRUE,<br>Commissioner of Social Security. | |
|   Defendant. | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Plaintiff shall have a first extension of time of 30 days from the date of service of the transcript on Plaintiff, for Plaintiff to file a motion for summary judgment or for remand. The extension is for the purpose of allowing Plaintiff sufficient time to review the transcript and prepare the motion. The answer was filed on June 8, 2012 and Plaintiff's motion was due July 06, 2012. The transcript was received by Plaintiff on June 21, 2012, and the stipulated motion date will be July 23, 2012.

    The parties further stipulate that the Court's Procedural Order shall be modified accordingly.

STIPULATION AND ORDER FOR EXTENSION OF TIME     Civil No. 3:12-CV-01041

Dated: June 22, 2012   /s/ Naomi Young

NAOMI YOUNG
Attorney for Plaintiff

Dated: June 22, 2012   MELINDA HAAG, CSBN 132612
United States Attorney

By: /s/ Peter Thompson

(As authorized via Email on June 22, 2012)

PETER THOMPSON
Special Assistant United States Attorney

ORDER

APPROVED AND SO ORDERED. Plaintiff shall file a motion for summary judgment by no later than July 23, 2012.

DATED: June 27, 2012   _____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME    Civil No. 3:12-CV-01041