IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SOKLAY PEN,

    Plaintiff,

v.

MICHAEL J. ASTRUE,

    Defendant.

No. C 12-01041 JSW

**ORDER DIRECTING DEFENDANT TO INFORM COURT WHETHER HE CONSENTS TO MAGISTRATE JUDGE FOR ALL PURPOSES**

On December 12, 2012, Plaintiff filed a notice that he consents to proceed before a Magistrate Judge for all purposes. In cases initially assigned to a district judge, the parties may consent at any time to reassignment of the case to a magistrate judge for all purposes, including entry of final judgment. See Civil L.R. 73-1(b). Accordingly, the Defendant is hereby DIRECTED to advise the Court, no later than December 21, 2012, as to whether he consents to have a magistrate judge conduct all further proceedings in the instant action.[1] Consent forms are available at http://www.cand.uscourts.gov, in the "Forms" section. The parties are further advised that they may jointly request assignment to a specific magistrate judge.

**IT IS SO ORDERED.**

Dated: December 13, 2012

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

---

[1] Normally, the Court would direct the parties to so inform the Court in their joint case management statement filed in connection with a case management conference. Because the instant action involves a review of an administrative record, however, a case management conference has not been scheduled.

Case3:12-cv-01041-JSW Document23 Filed12/13/12 Page2 of 2